Brent M. Karren (State Bar No. 291038)
 bkarren@mgmlaw.com
Dustin C. Beckley (State Bar No. 238692)
 dbeckley@mgmlaw.com
**MANION GAYNOR & MANNING LLP**
444 South Flower Street, Suite 1550
Los Angeles , CA  90071
Tel:   (213) 622-7300
Fax:   (213) 622-7313

Attorneys for Defendant
**THE BOEING COMPANY, individually and as successor by merger to McDONNELL DOUGLAS CORPORATION, successor by merger with DOUGLAS AIRCRAFT COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH THRASH and CHEZ THRASH, <br><br>Plaintiffs,<br><br>vs.<br><br>CIRRUS ENTERPRISES, LLC, et al.,<br><br>Defendants. | Case No. 3:17-cv-01501-JST<br><br>**[PROPOSED] ORDER RE: STIPULATION REGARDING SERVICE VIA FILE & SERVE XPRESS** |

Based upon the parties' stipulation, the Court hereby ORDERS that all service of documents not filed with the Court, including but not limited to, discovery requests, discovery responses, deposition notices, disclosures, and correspondence, may be made by electronic service via File & Serve Xpress. Electronic service made by 5:00 p.m. Pacific time on any business day shall be considered equivalent to personal service on that business day. Electronic service after 5:00 p.m. or on a Saturday, Sunday, or federal holiday shall be deemed service the next business day.

Service by any other means shall be governed by the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court, Northern District of California.

**IT IS SO ORDERED.**

Dated: May 30, 2017_____   By: _____
 Honorable Jon S. Tigar
 United States District Judge