Brent M. Karren (State Bar No. 291038)
 bkarren@mgmlaw.com
Dustin C. Beckley (State Bar No. 238692)
 dbeckley@mgmlaw.com
**MANION GAYNOR & MANNING LLP**
444 South Flower Street, Suite 1550
Los Angeles, CA 90071
Tel: (213) 622-7300
Fax: (213) 622-7313

Attorneys for Defendant
**THE BOEING COMPANY, individually and as successor by merger to McDONNELL DOUGLAS CORPORATION, successor by merger with DOUGLAS AIRCRAFT COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH THRASH and CHEZ THRASH,<br><br>Plaintiffs,<br><br>vs.<br><br>CIRRUS ENTERPRISES, LLC, et al.,<br><br>Defendants. | Case No. 3:17-cv-01501-JST<br><br>**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING DISCOVERY DEADLINES** |

The parties have stipulated to modify the Court's scheduling order and have stated that the enlargement of time only affects fact and expert witness discovery deadlines and will not affect the filing or hearing of dispositive motions, alternative dispute resolution, or the trial date. There have been no previous requests or orders to modify the scheduling order. Therefore, the Court finds good cause to modify the scheduling order as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Deadline for completion of non-expert discovery | January 19, 2018 | February 7, 2018 |
| Exchange of initial expert reports | January 25, 2018 | February 12, 2018 |
| Exchange of rebuttal expert reports | February 9, 2018 | February 21, 2018 |
| Deadline for completion of expert discovery | March 2, 2018 | March 7, 2018 |
| Deadline to file dispositive motions: | March 15, 2018 | Unchanged |
| Hearing of dispositive motions: | April 19, 2018 | Unchanged |
| Deadline to complete ADR | May 17, 2018 | Unchanged |
| Deadline to file motions in limine | May 8, 2018 | Unchanged |
| Pretrial conference: | May 18, 2018 | Unchanged |
| Trial: | May 29, 2018 | Unchanged |

IT IS SO ORDERED.

Dated: January 5, 2018



United States District Judge

1845163v1     1     Case No. 3:17-cv-01501-JST

[PROPOSED] ORDER GRANTING STIPULATION EXTENDING DISCOVERY DEADLINES