TUCKER ELLIS LLP
Lance D. Wilson SBN 183852
lance.wilson@tuckerellis.com
Ferlin P. Ruiz SBN 209258
ferlin.ruiz@tuckerellis.com
One Market Plaza
Steuart Tower, Suite 700
San Francisco, CA 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409

Attorneys for Defendants
UNITED TECHNOLOGIES CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOSEPH THRASH and CHEZ THRASH,** | Case No.: 4:17-cv-01501 |
| Plaintiffs, | |
| v. | **STIPULATION AND (PROPOSED) ORDER** |
| **CIRRUS ENTERPRISES, LLC, et al.,** | |
| Defendants. | |

Due to scheduling conflicts, primarily vacation plans of Defendant United Technologies Corporation's ("UTC") FRCP 30(b)6 witness, Jack Sumner, UTC and Plaintiffs stipulate that Mr. Sumner's deposition, as UTC's 30(b)6 witness, can go forward after the discovery deadline currently set in this matter.

///

///

///

///

///

Counsel for UTC represents that each defendant in this matter (The Boeing Company, Goodyear Aerospace Corporation, Honeywell International, Inc., Rohr, Inc., Lockheed Martin Corporation, Cirrus Enterprises LLC, Henkel Corporation) has been made aware of this proposed stipulation and each one has responded that it does not object to it.

DATED: January 11, 2018　　　　　　　　TUCKER ELLIS LLP

By: _____
Lance D. Wilson
Ferlin P. Ruiz
Attorneys for Defendant
UNITED TECHNOLOGIES CORPORATION

DATED: January 11, 2018　　　　　　　　WEITZ & LUXENBERG

By: _____
Rob Green
Attorneys for Plaintiffs

IT IS SO ORDERED:

Dated: January 12, 2018　　　　　　　　_____
United States District Judge

2
STIPULATION AND ORDER

074908\000968\487502.1