Brent M. Karren  (State Bar No. 291038)
  bkarren@mgmlaw.com
Dustin C. Beckley  (State Bar No. 238692)
  dbeckley@mgmlaw.com
**MANION GAYNOR & MANNING LLP**
444 South Flower Street, Suite 1550
Los Angeles , CA  90071
Tel:    (213) 622-7300
Fax:    (213) 622-7313

Attorneys for Defendant
**THE BOEING COMPANY, individually and as
successor by merger to McDONNELL DOUGLAS
CORPORATION, successor by merger with
DOUGLAS AIRCRAFT COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH THRASH and CHEZ THRASH, | Case No. 3:17-cv-01501-JST |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER** |
| vs. | |
| CIRRUS ENTERPRISES, LLC, et al., | |
| Defendants. | |

LAW OFFICES OF
MANION GAYNOR & MANNING LLP

Due to scheduling conflicts, Defendant The Boeing Company ("Boeing") and Plaintiffs stipulate that deposition of Boeing's 30(b)(6) witness, Nolan Leatherman, can go forward after the discovery deadline currently set in this matter.

Counsel for Boeing represents that each defendant in this matter (Goodyear Aerospace Corporation; Honeywell International, Inc.; Rohr, Inc.; Lockheed Martin Corporation; Cirrus Enterprises LLC; Henkel Corporation; IMO Industries; and United Technologies Corporation) has been made aware of this proposed stipulation and each has responded that it does not object.

The filing party attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 29, 2018          **WEITZ & LUXENBERG, P.C.**


By: _____*//s// Robert Green*_____
Robert Green, Esq.
Attorney for Plaintiffs


Dated: January 29, 2018          **MANION GAYNOR & MANNING LLP**


By: _____*//s// Dustin C. Beckley*_____
Dustin C. Beckley, Esq.
Brent M. Karren , Esq.
Attorneys for Defendant
**THE BOEING COMPANY**

IT IS SO ORDERED.

Dated:   January 30, 2018

_____
United States District Judge