HASSARD BONNINGTON LLP
Edward E. Hartley, Esq. (#122892) eeh@hassard.com
Barry N. Endick, Esq. (#142097) bne@hassard.com
275 Battery Street, Suite 1600
San Francisco, California 94111-3941
Telephone: (415) 288-9800
Fax: (415) 288-9802

Attorneys for Defendant
CIRRUS ENTERPRISES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH THRASH and CHEZ THRASH,<br><br>Plaintiffs,<br><br>vs.<br><br>CIRRUS ENTERPRISES LLC; et al.,<br><br>Defendants. | No. 3:17-cv-01501-JST<br><br>**JOINT STIPULATION FOR DISMISSAL AS TO DEFENDANT CIRRUS ENTERPRISES, LLC.; AND [PROPOSED] ORDER**<br><br>Judge: Hon. Jon S. Tigar<br><s>Courtroom C, 15th Floor</s> |

Plaintiffs JOSEPH THRASH and CHEZ THRASH ("plaintiffs") and defendant CIRRUS ENTERPRISES LLC ("CIRRUS"), by and through their respective counsel of record, respectfully submit this Joint Stipulation for Dismissal, as to the entire action against CIRRUS ENTERPRISES LLC only, pursuant to Fed. R. Civ. P. 41 (a)(2).

CIRRUS and Plaintiffs agree to waive their rights to any recoverable costs.

///

///

///

///

---
-1-
JOINT STIPULATION FOR DISMISSAL AS TO DEFENDANT CIRRUS ENTERPRISES LLC.; AND [PROPOSED] ORDER
C:\Users\awinter\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\6HWJF1SC\Thrash - Joint Stipulation for Dismissal - Cirrus (01145063x9DEF9).docx-13018

This Joint Stipulation disposes of the entire action and all claims between Plaintiffs and CIRRUS.

Dated: January 30, 2018.

WEITZ & LUXENBERG PC

By: _____
Robert A. Green
Attorney for Plaintiffs
JOSEPH THRASH and
CHEZ THRASH

Dated: January 30, 2018.

HASSARD BONNINGTON LLP

By: _____
Edward E. Hartley
Attorneys for Defendant
CIRRUS ENTERPRISES LLC.

### [PROPOSED] ORDER

Having reviewed the Joint Stipulation set forth above, the Court hereby orders that the entire action and all claims between plaintiffs JOSEPH THRASH and CHEZ THRASH, and defendant CIRRUS ENTERPRISES LLC. are hereby dismissed without prejudice. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: February 1, 2018.

_____
Hon. Jon S. Tigar
United States District Judge
Northern District of California