| | |
|---|---|
| 1 | DAVID M. GLASPY, Esq. SBN 95332 |
| 2 | DGlaspy@mgmlaw.com<br>**MANION GAYNOR & MANNING LLP** |
| 3 | One Walnut Creek Center<br>100 Pringle Avenue, Suite 750 |
| 4 | Walnut Creek, CA 94596<br>Telephone: (925) 947-1300 |
| 5 | Facsimile: (925) 947-1594 |
| 6 | Attorneys for ROHR, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH THRASH, an individual; CHEZ THRASH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CIRRUS ENTERPRISES LLC, et al.<br><br>Defendants. | Case No. 3:17-cv-01501-JST<br><br>*Transferred from Alameda Superior Court RG17850130*<br><br>*Assigned to Hon. Jon S. Tigar*<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION OF ROHR, INC.'S 30(b)(6) WITNESS**<br><br>Initially filed: February 21, 2017<br>Trial date: May 29, 2018 |

Due to scheduling conflicts, Defendant Rohr, Inc. ("Rohr") and Plaintiffs stipulate that the deposition of Rohr's 30(b)(6) witness can go forward after the discovery deadline currently set in this matter.

Counsel for Rohr, Inc. represents that each defendant in this matter (Goodyear Tire and Rubber Company (erroneously sued as successor-in-interest to Goodyear Aerospace); Honeywell International, Inc.; The Boeing Company; Lockheed Martin Corporation; Henkel Corporation; IMO Industries; and United Technologies Corporation) has been made aware of this proposed stipulation and each has responded that it does not object.

The filing party attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 9, 2018          **MANION GAYNOR & MANNING LLP**

By: _____*/s/ David M. Glaspy*_____

David M. Glaspy, Esq.
Attorneys for Defendant
ROHR, INC.

Dated: February 9, 2018          **WEITZ & LUXENBERG, P.C.**

By: _____*/s/ Robert Green*_____

Robert Green, Esq.
Attorneys for Plaintiffs

IT IS SO ORDERED

Dated: February 13, 2018

_____
United States District Judge