Brent M. Karren (State Bar No. 291038)
  bkarren@mgmlaw.com
Dustin C. Beckley (State Bar No. 238692)
  dbeckley@mgmlaw.com
**MANION GAYNOR & MANNING LLP**
444 South Flower Street, Suite 1550
Los Angeles , CA  90071
Tel:     (213) 622-7300
Fax:    (213) 622-7313

Attorneys for Defendant
**THE BOEING COMPANY, individually and as successor by merger to McDONNELL DOUGLAS CORPORATION, successor by merger with DOUGLAS AIRCRAFT COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH THRASH and CHEZ THRASH,<br><br>Plaintiffs,<br><br>vs.<br><br>CIRRUS ENTERPRISES, LLC, et al.,<br><br>Defendants. | Case No. 3:17-cv-01501-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEPOSITIONS OF EXPERT WITNESSES** |

Plaintiffs and defendants hereby stipulate as follows and request that the Court approve the parties' stipulation regarding the depositions of expert witnesses:

1) Plaintiffs and defendants have stipulated that it is not necessary to subpoena the opposing side's expert witnesses in this case. Any party who wants to take any opposing party's expert deposition in person can do so near the expert's location at the noticing party's expense.

2) Rather than having to serve a subpoena, a party may request dates of availability of an opposing party's experts, and, within 48 hours of such request, the opposing party will provide dates of their experts' availability for deposition. The requesting party may subsequently serve a notice of deposition including requests for production of documents at the deposition (subject to proper objections).

The filing party attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 14, 2018　　　　**WEITZ & LUXENBERG, P.C.**

By: _____*//s// Robert Green*_____
Robert Green, Esq.
Attorney for Plaintiffs

Dated: February 14, 2018　　　　**MANION GAYNOR & MANNING LLP**

By: _____*//s// Dustin C. Beckley*_____
Dustin C. Beckley, Esq.
Brent M. Karren , Esq.
Attorneys for Defendant
**THE BOEING COMPANY**



IT IS SO ORDERED
Judge Jon S. Tigar
February 15, 2018

| | | |
|---|---|---|
| Dated: February 14, 2018 | | **GLAZIER YEE LLP** |
| | | By: _//s// Deborah M. Parker_ |
| | | Deborah M. Parker, Esq. |
| | | Attorneys for Defendant |
| | | **LOCKHEED MARTIN CORPORATION** |
| | | |
| Dated: February 14, 2018 | | **TUCKER ELLIS LLP** |
| | | By: _//s// Lance Wilson_ |
| | | Lance Wilson, Esq. |
| | | Attorneys for Defendant |
| | | **UNITED TECHNOLOGIES CORPORATION** |
| | | |
| Dated: February 14, 2018 | | **GORDON & REES LLP** |
| | | By: _//s// Michael J. Pietrykowski_ |
| | | Michael J. Pietrykowski, Esq. |
| | | Attorneys for Defendant |
| | | **THE GOODYEAR TIRE & RUBBER COMPANY** |
| | | |
| Dated: February 14, 2018 | | **MANION GAYNOR & MANNING LLP** |
| | | By: _//s// David Michael Glaspy_ |
| | | David Michael Glaspy, Esq. |
| | | Attorneys for Defendant |
| | | **ROHR, INC.** |

| | | |
|---|---|---|
| Dated: February 14, 2018 | | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |

By: _//s// Florence Anne McClain-Meza_
Florence Anne McClain-Meza, Esq.
Attorneys for Defendant
**HENKEL CORPORATION, individually and as s-i-i to DEXTER CORP., DEXTER HYSOL AEROSPACE LLC**

Dated: February 14, 2018    **LEADER & BERKON LLP**

By: _//s// Bobbie Rae Bailey_
Bobbie Rae Bailey, Esq.
Attorneys for Defendant
**IMO Industries Inc.**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

_____
United States District Judge