Gordon Rees Scully Mansukhani, LLP
1111 Broadway, Suite 1700
Oakland, CA 94607

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH THRASH, an individual;<br>CHEZ THRASH, an individual;<br><br>　　　　　　Plaintiffs,<br>v.<br>CIRRUS ENTERPRISES LLC,<br>individually and as successor-in-interest to E.V. ROBERTS AND ASSOCIATES INC. and EVRA, INC., et al.,<br><br>　　　　　　Defendants. | CASE NO. 3:17-cv-01501-JST<br><br>*[Assigned to Hon. Jon S. Tiger]*<br><br>[PROPOSED] ORDER ON JOINT STIPULATION RE DISMISSAL OF DEFENDANT THE GOODYEAR TIRE & RUBBER COMPANY |

## ORDER

Plaintiffs Joseph Thrash and Chez Thrash ("Plaintiffs") and Defendant The Goodyear Tire & Rubber Company, ("Goodyear Tire") (collectively the "Parties") have submitted a joint stipulation regarding the dismissal of the instant action and have stipulated that Plaintiff's complaint as to Goodyear Tire is to be dismissed WITHOUT PREJUDICE from the above-entitled action pursuant to Federal Rules of Civil Procedure Rule 41(a)(1). Having reviewed the parties' joint stipulation and GOOD CAUSE APPEARING, the Court enters the following order:

(1)　Plaintiff's Complaint as to Goodyear Tire is dismissed WITHOUT PREJUDICE; and

(2) Each party to bear their own fees and costs.

IT IS HEREBY SO ORDERED.

Dated: March 30, 2018          By: _____
                                    Hon. Jon S. Tiger
                                    United States District Court
                                    Central District of California