**LEWIS BRISBOIS BISGAARD & SMITH LLP**
FLORENCE A. McCLAIN, SB# 203300
 E-Mail: Florence.McClain@lewisbrisbois.com
ALLISON E. MULLINGS, SB# 259128
 E-Mail: Allison.Mullings@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant HENKEL CORPORATION, individually and successor-in-interest to DEXTER CORPORATION, DEXTER HYSOL AEROSPACE LLC, and DEXTER HYSOL AEROSPACE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH THRASH and CHEZ THRASH,<br><br>Plaintiffs,<br><br>vs.<br><br>CIRRUS ENTERPRISES LLC, et al.,<br><br>Defendants. | CASE NO. 3:17-cv-01501-JST<br><br>*(Assigned to Hon. Jon S. Tigar, Courtroom 9)*<br><br>**JOINT STIPULATION FOR DISMISSAL AS TO DEFENDANT HENKEL CORPORATION, individually and successor-in-interest to DEXTER CORPORATION, DEXTER HYSOL AEROSPACE LLC, and DEXTER HYSOL AEROSPACE, INC.; AND** ~~PROPOSED~~ **ORDER**<br><br>Date Removed: March 20, 2017<br>*[Removed from Alameda County Sup. Ct. case no. RG17850130]*<br><br>Action Filed: February 21, 2017<br>Trial Date: May 29, 2018 |

///

///

4852-5923-4400.1

Plaintiffs JOSEPH THRASH and CHEZ THRASH (collectively "Plaintiffs") and Defendant HENKEL CORPORATION, individually and successor-in-interest to DEXTER CORPORATION, DEXTER HYSOL AEROSPACE LLC, and DEXTER HYSOL AEROSPACE, INC., by and through their respective counsels of record, respectfully submit this Joint Stipulation for Dismissal as to the entire action against HENKEL CORPORATION, individually and successor-in-interest to DEXTER CORPORATION, DEXTER HYSOL AEROSPACE LLC, and DEXTER HYSOL AEROSPACE, INC. ("Henkel") only, pursuant to Fed. R. Civ. P. 41 (a)(2).

Henkel and Plaintiffs agree to waive their rights to any recoverable costs.

This Joint Stipulation disposes of the entire action and all claims between Plaintiffs and Henkel.

DATED: March 27, 2018

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Florence A. McClain
Allison E. Mullings
Attorneys for Defendant
HENKEL CORPORATION, individually and successor-in-interest to DEXTER CORPORATION, DEXTER HYSOL AEROSPACE LLC, and DEXTER HYSOL AEROSPACE, INC.

DATED: March 27, 2018

WEITZ & LUXENBERG PC

By: _____
Robert A. Green
Attorneys for Plaintiffs
JOSEPH THRASH and CHEZ THRASH

///
///

4852-5923-4400.1

2

JOINT STIPULATION FOR DISMISSAL AS TO DEFENDANT HENKEL CORPORATION, individually and successor-in-interest to DEXTER CORPORATION, DEXTER HYSOL AEROSPACE LLC, and DEXTER HYSOL AEROSPACE, INC.; AND ~~PROPOSED~~ ORDER

[~~PROPOSED~~] ORDER

Having reviewed the Joint Stipulation set forth above, the Court hereby orders that the entire action and all claims between plaintiffs JOSEPH THRASH and CHEZ THRASH, and defendant HENKEL CORPORATION, individually and successor-in-interest to DEXTER CORPORATION, DEXTER HYSOL AEROSPACE LLC, and DEXTER HYSOL AEROSPACE, INC. are hereby dismissed without prejudice, The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: March ~~27~~ 30, 2018

By: _____
Hon. Jon S. Tigar
United States District Judge
Northern District of California

4852-5923-4400.1

3

JOINT STIPULATION FOR DISMISSAL AS TO DEFENDANT HENKEL CORPORATION, individually and successor-in-interest to DEXTER CORPORATION, DEXTER HYSOL AEROSPACE LLC, and DEXTER HYSOL AEROSPACE, INC.; AND ~~PROPOSED~~ ORDER

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW