Benno Ashrafi, Esq. (CSBN 247623)
bashrafi@weitzlux.com
Robert Green, Esq. (CSBN 216116)
rgreen@weitzlux.com
**WEITZ & LUXENBERG, P.C.**
1880 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 247-0921
Facsimile: (310) 786-9927

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH THRASH, an individual; CHEZ THRASH, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>CIRRUS ENTERPRISES LLC, et al.,<br><br>Defendants. | Case No. 3:17-cv-01501-JST<br><br>[~~PROPOSED~~] **ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT LOCKHEED MARTIN CORPORATION**<br><br>Initially Filed: February 21, 2017 (Alameda Superior Court) |

-1-

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 Century Park East, Suite 700
Los Angeles, CA 90067

PURSUANT TO STIPULATION, IT IS SO ORDERED. All claims against Defendant LOCKHEED MARTIN CORPORATION, individually and as successor in interest to GLENN L. MARTIN COMPANY, AMERICAN-MARIETTA CORPORATION, MARTIN MARIETTA and THE LOCKHEED CORPORATION are hereby dismissed with prejudice, each party to bear own costs, pursuant to Fed. R. Civ. P. 41(a)(2).

**IT IS SO ORDERED.**

DATED: June 13, 2018

_____
The Honorable Jon S. Tigar
United States District Court Judge
Northern District of California