Benno Ashrafi, Esq. (CSBN 247623)
bashrafi@weitzlux.com
Robert Green, Esq. (CSBN 216116)
rgreen@weitzlux.com
**WEITZ & LUXENBERG, P.C.**
1880 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 247-0921
Facsimile: (310) 786-9927

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH THRASH, an individual; CHEZ THRASH, an individual; | Case No. 3:17-cv-01501-JST |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT UNITED TECHNOLOGIES CORPORATION** |
| v. | |
| CIRRUS ENTERPRISES LLC, et al., | Initially Filed: February 21, 2017 (Alameda Superior Court) |
| Defendants. | |

[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT UNITED TECHNOLOGIES
CORPORATION

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 Century Park East, Suite 700
Los Angeles, CA 90067

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 Century Park East, Suite 700
Los Angeles, CA 90067

1  PURSUANT TO STIPULATION, IT IS SO ORDERED. All claims against

2  Defendant UNITED TECHNOLOGIES CORPORATION, individually and as

3  successor-in-interest to PRATT & WHITNEY ENGINE SERVICES, INC are hereby

4  dismissed with prejudice, each party to bear own costs, pursuant to Fed. R. Civ. P.

5  41(a)(2).

6  **IT IS SO ORDERED.**

7

8

9  DATED:   July 13, 2018

The Honorable Jon S. Tigar
United States District Court Judge
Northern District of California

-2-

[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT UNITED TECHNOLOGIES
CORPORATION