Benno Ashrafi, Esq. (CSBN 247623)
bashrafi@weitzlux.com
Robert Green, Esq. (CSBN 216116)
rgreen@weitzlux.com
**WEITZ & LUXENBERG, P.C.**
1880 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 247-0921
Facsimile: (310) 786-9927

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH THRASH and CHEZ THRASH,<br><br>Plaintiffs,<br><br>vs.<br><br>CIRRUS ENTERPRISES LLC, et al.,<br><br>Defendants. | Case No: 3:17-cv-01501-JST<br><br>**[PROPOSED]~~ ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT THE BOEING COMPANY**<br><br>Initially Filed: February 21, 2017 (Alameda Superior Court) |

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED. All claims against Defendant THE BOEING COMPANY are hereby dismissed with prejudice, each party to bear own costs, pursuant to Fed. R. Civ. P. 41(a)(2). |
| 2 | |
| 3 | |
| 4 | **IT IS SO ORDERED.** |
| 5 | |
| 6 | Dated: July 18, 2018 |
| 7 | The Honorable Jon S. Tigar |
| 8 | United States District Court Judge<br>Northern District of California |

# CERTIFICATE OF SERVICE

*Joseph Thrash, et al. v. Cirrus Enterprises LLC, et al.*
United States District Court, Northern District Case No. 3:17-cv-01501-JST

I, the undersigned, declare and state:

That I am employed in the County of San Francisco, State of California. I am over the age of eighteen (18) and not a party to the within action; my business address is 201 Spear Street, 18th Floor, San Francisco, California 94105.

On July 16, 2018, I served the following document described as:

## [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT THE BOEING COMPANY

on all interested parties in this action as indicated below:

☒ **BY ELECTRONIC COURT FILING (ECF)**: I caused the above-entitled document(s) to be served electronically through the United States District Court, Northern ECFR website, addressed to all parties appearing in the Court's ECF service list. A copy of the filing receipt will be maintained with the original document in our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 16, 2018, in San Francisco, California.

/s/ Amy N. Phillips
Amy N. Phillips