Benno Ashrafi, Esq. (CSBN 247623)
*bashrafi@weitzlux.com*
Robert Green, Esq. (CSBN 216116)
*rgreen@weitzlux.com*
**WEITZ & LUXENBERG, P.C.**
1880 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 247-0921
Facsimile: (310) 786-9927

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH THRASH**, an individual; **CHEZ THRASH**, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>CIRRUS ENTERPRISES LLC, individually and as successor-in-interest to E.V. ROBERTS AND ASSOCIATES INC. and EVRA, INC., et al.,<br><br>Defendants. | CASE NO. 3:17-cv-01501-JST<br><br>**[PROPOSED]** ORDER GRANTING FOR DISMISSAL OF THE ENTIRE ACTION<br><br><br>Initially Filed: February 21, 2017<br>Trial Date: N/A |

- 1 -  3:17-cv-01501-JST
[PROPOSED] ORDER GRANTING FOR DISMISSAL OF THE ENTIRE ACTION

**TO THE COURT AND ALL INTERESTED PARTIES:**

PURSUANT TO Rule 41 of the Federal Rules of Civil Procedure, the entire case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: __December 3__, 2018    By: _____
The Honorable Jon S. Tigar
United States District Court Judge
Northern District of California